UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN CARNERO<br><br>Plaintiff,<br><br>- v.-<br><br>BOSTON SCIENTIFIC CORPORATION<br><br>Defendant. | Civil Action No. 04-cv-10031-RWZ |

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendant Boston Scientific Corporation ("BSC") hereby certifies that she has conferred with counsel for Ruben Carnero and has attempted in good faith to resolve the issue raised in Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment or to Stay.

Respectfully submitted,

BOSTON SCIENTIFIC CORPORATION

By its attorneys,

_____
James W. Nagle, P.C. (BBO # 366540)
Leslie S. Blickenstaff (BBO # 636267)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: January 27, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on January 27, 2004.

LIBB/1226720.1