UNITED STATES OF DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.: 04-10031-RWZ

RUBEN CARNERO,
Plaintiff

VS.

BOSTON SCIENTIFIC CORPORATION,
Defendant

## ASSENTED MOTION TO ENLARGE TIME FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT OR STAY

The Plaintiff moves the Court to enlarge the time for Plaintiff's opposition to Defendant's Motion to Dismiss, or in the alternative, Motion for Summary Judgment or Stay to March 10, 2004.

Respectfully submitted,

Lushan, McCarthy, & Goonan
Counsel for Plaintiff Ruben Carnero

Michael Lushan, Esq.
496 Harvard street
Brookline, MA 02446
BBO#: 307990
(617) 739-0700

Bolatti & Griffith
Counsel for Plaintiff Ruben Carnero

Edward Griffith, Esq.
45 Broadway, Suite 2300
New York, New York 10006
(212) 363-3780

Goodwin & Proctor LLP
Counsel for Defendant Boston Scientific Corporation

James W. Nagle, Esq., BBO# 366540
Leslie S. Blickenstaff, Esq.,
Exchange Place
Boston, MA 02109-2881
(617) 570-1000