UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
RUBEN CARNERO,                                :
                                              :    Civil Action No.
            Plaintiff,             :    04-cv-10031-RWZ
                                              :
            -against -            :
                                              :
BOSTON SCIENTIFIC CORPORATION,                :
                                              :
            Defendant.             :
------------------------------------------------------------------x

## MOTION FOR LEAVE OF COURT FOR ONE DAY EXTENSION TO FILE SUPPORTING DECLARATION

SILVIA L. BOLATTI declares as follows:

1. I am a member of Bolatti & Griffith, counsel to plaintiff Ruben Carnero in the above captioned lawsuit. I make this declaration in support of plaintiff's motion to allow plaintiff to file the Declaration of Edward Griffith dated March 17, 2004, at the start of business day on March 18, 2004.

2. This Court granted plaintiff's March 10, 2004 application for a final one-week enlargement of time for plaintiff to file his opposition to defendant's motion, until today, March 17, 2004.

3. In compliance with the Court's Order, plaintiff filed his Memorandum of Law in Opposition to defendant's motion to Dismiss or Stay the above-captioned matter electronically with the court on March 17, 2004. Plaintiff also served his Memorandum of Law and supporting Declaration of Edward Griffith and attachments (the "Griffith Declaration") on March 17, 2004. However, due to time

2

constraints in assembling the documents, plaintiff was unable to file the supporting Griffith Declaration by the 5 p.m. electronic filing deadline on March 17, 2004.

4.  In light of this, plaintiff hereby respectfully requests leave of this Court to file the Griffith Declaration at the start of business day on March 18, 2004.

I declare under penalties of perjury that the foregoing is true and correct. Executed on March 17, 2004.

_____
SILVIA L. BOLATTI