UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN CARNERO<br><br>Plaintiff,<br><br>- v.-<br><br>BOSTON SCIENTIFIC CORPORATION<br><br>Defendant. | Civil Action No. 04-cv-10031-RWZ |

## ASSENTED TO MOTION FOR LEAVE TO REPLY

Pursuant to Local Rule 7.1(b)(3), Defendant Boston Scientific Corporation ("BSC") hereby moves for leave to file a reply brief in support of its Motion to Dismiss or, in the Alternative, for Summary Judgment or to Stay (the "Motion to Dismiss").

BSC received Plaintiff's Corrected Memorandum in Opposition to Motion to Dismiss Or, in the Alternative, For Summary Judgment or to Stay (the "Corrected Opposition") on March 18, 2004. On March 22, 2004, BSC received notice from the Court that it had allowed Plaintiff's Motion For Leave to File the Corrected Opposition.

BSC's reply will address certain issues raised in the Corrected Opposition. BSC believes that its reply will be helpful to the Court in resolving the issues raised by the Motion to Dismiss and the Corrected Opposition. Because of scheduling constraints, counsel requests that it be allowed to submit the reply brief on or before April 12, 2004. Counsel for the Plaintiff has assented to this request.

WHEREFORE, BSC hereby respectfully requests leave to file a reply brief by April 12, 2004.

                Respectfully submitted,

                BOSTON SCIENTIFIC CORPORATION

                By its attorneys,

                */s/ James W. Nagle/*
                James W. Nagle, P.C. (BBO # 366540)
                Leslie S. Blickenstaff (BBO # 636267)
                GOODWIN PROCTER LLP
                Exchange Place
                Boston, Massachusetts 02109-2881
                (617) 570-1000

Dated: March 23, 2004

ASSENTED TO:

*/s/ Michael Lushan/ (JWN/)*
Michael Lushan
LUSHAN, McCARTHY & GOONAN
496 Harvard Street
Brookline, Massachusetts 02446
(617) 739-0700