UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**RUBEN CARNERO**</u>

**Plaintiff**

**CIVIL ACTION**

V.

NO. <u>04-10031-RWZ</u>

<u>**BOSTON SCIENTIFIC CORP.**</u>

**Defendant**

## JUDGMENT

<u>ZOBEL, D. J.</u>

In accordance with the Memorandum of Decision entered 8/27/04;

JUDGMENT is entered for DEFENDANT.

By the Court,

<u>8/30/04</u>                                          <u>s/ Lisa A. Urso</u>
**Date**                                                **Deputy Clerk**