04-10031
USDC/MA
Zobel, R.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-2290

RUBEN CARNERO

Plaintiff - Appellant

v.

BOSTON SCIENTIFIC CORPORATION

Defendant - Appellee

**JUDGMENT**
Entered: October 20, 2004

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 04-2291.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
Deputy Clerk
Date: 10/20/04

AMY B. LEDERER
By_____
Appeals Attorney

[cc: Michael Lushan, Esq., Edward Griffith, Esq., James W. Nagle, Esq.,
Leslie S. Blickenstaff, Esq.]