# United States Court of Appeals
## For the First Circuit

Nos.  04-1801
      04-2291

**MANDATE**

RUBEN CARNERO,

Plaintiff, Appellant,

v.

BOSTON SCIENTIFIC CORPORATION,

Defendant, Appellee.

---

**JUDGMENT**

Entered: January 5, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgments of the district court are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Vietas*
Deputy Clerk
Date: 2/9/06

By the Court:

RICHARD CUSHING DONOVAN

---
Richard Cushing Donovan, Clerk

[cc: Mr. Griffith, Ms. Bolatti, Mr. Lushan, Mr. Nagle & Ms. Blickenstaff.]